IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARIA NELSON, *Individually, and as a Representative of the Estate of Rosendo Roel, Deceased,* and Jose Roel, </br></br>Plaintiffs,</br></br>v.</br></br>UNION PACIFIC RAILROAD COMPANY and JOHN DOES,</br></br>Defendants. | )</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)  Civil Action No. 3:21-CV-1507-C |

## ORDER

The Court, having considered Defendant Union Pacific Railroad Company's Unopposed Motion to Remand, filed July 2, 2021, is of the opinion that the same should be **GRANTED**. Accordingly, it is hereby **ORDERED** that the above-styled and -numbered civil action be **REMANDED** back to the 68th Judicial District Court of Dallas County, Texas. The Clerk of Court shall mail a certified copy of this Order to the District Clerk of Dallas County, Texas.

SO ORDERED this 19th day of July, 2020.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE